# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-50437
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
January 14, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Erick Bonilla-Cabral,

*Defendant—Appellant*,

consolidated with

_____

No. 24-50440
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Erick Ricardo Bonilla-Cabral,

*Defendant-Appellant*,

_____

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:23-CR-496-1,
7:20-CR-259-1

_____

Before WIENER, HO, And RAMIREZ, *Circuit Judges.*

PER CURIAM:[*]

The Federal Public Defender appointed to represent Erick Ricardo Bonilla-Cabral has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bonilla-Cabral has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the consolidated appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.